**JS-6**

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edwin Figueroa,<br><br>    Plaintiff,<br><br>    vs.<br><br>Party City Corporation dba Party City #560; Cole MT West Covina CA, LP,<br><br>    Defendants. | Case No. CV 13-6011-GW(CWx)<br><br>**Order Re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendant Cole MT West Covina CA, LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: December 27, 2013

_____/
GEORGE H. WU, U.S. District Judge